RECEIVED
SDNY PRO SE OFFICE
2022 JAN -7 PM 12: 32

U.S. DISTRICT COURT OF Southern New York
OFFICE OF THE Clerk
500 Pearl Street #230 New York, NY 10007
January 6, 2022

Kryst Zawadzki
A Petitioner

V.

Dept of Justice
Respondent

under 42 USC 1983
a civil rights action
own solely

a complaint by Federal or
the law of the state for injury

Tax payer Damage or no discrimination by Jury a writ of attachment, garnishment an owneship amount of damage is $Ten millions dollars. I am injured to Redress required

a claim by: Kryst Zawadzki a pro se required

Reason by citizen ship papers denyed: no discrimination

name: Kryst Zawadzki

~~amended,~~ ~~relief~~
Forthwith

Address: 360 W. Ocean Blvd #1104
Long Beach, CA 90802

Date: January 6, 2022

Krys7 Zawadzki
380 W. Ocean Blvd #1104
Long Beach, CA 90802

Legal mail

Pro Se

RECEIVED
SDNY PRO SE OFFICE
2022 JAN -7 PM 12: 23

10007-131599

U.S. Courthouse
Office of the Clerk
500 Pearl Street #230
New York, NY 10007

LOS ANGELES CA 900
3 JAN 2022 PM 9 L